**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LATIKA KAKU and HIRENDRAKUMAR KAKU,**<br>**Plaintifffs,**<br><br>**v.**<br><br>**REGAL ENTERTAINMENT GROUP, REGAL CINEMA, ASHLEY MANSFIELD, GARY DAILEY, JOHN DOE 1-3,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br>**NO. 25-497** |

**O R D E R**

**AND NOW**, this 14th day of August, 2026, upon consideration of Defendants Regal Entertainment Group, Regal Cinemas, Inc., and Gary Dailey's ("Defendants") Motion for Summary Judgment (ECF No. 15 (the "Motion for Summary Judgment")) and the response and reply thereto (ECF Nos. 20, 22), Defendants' Motion to Preclude Opinions of Plaintiffs' Expert, David Littlewood (ECF No. 16 (the "Motion to Exclude")) and the response and reply thereto (ECF Nos. 17, 18), and Plaintiffs Latika Kaku and Hirendrakumar Kaku's ("Plaintiffs") Motion for Leave to File Surreply Regarding Defendants' Motion to Exclude (ECF No. 19 (the "Motion for Surreply")) and the response and reply thereto (ECF Nos. 21, 23), and for the reasons stated in the accompanying memorandum, **IT IS ORDERED** that:

1. The Motion for Surreply (ECF No. 19) is **GRANTED**.

2. The Motion to Exclude (ECF No. 16) is **GRANTED**. Plaintiffs' expert, David Littlewood, is precluded from providing expert testimony at trial in this matter as to the condition of the stairs in 2022 and the cause of Ms. Kaku's fall.

3. The Motion for Summary Judgment (ECF No. 15) is **GRANTED**. Plaintiffs' claims against Defendants Regal Entertainment Group, Regal Cinemas, Inc., and Gary Dailey are hereby **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

______________________________

**HODGE, KELLEY B., J.**